UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| 3G REALTY LLC | CIVIL ACTION |
| VERSUS | |
| SAFEPOINT INSURANCE COMPANY | NO. 23-01376-BAJ-RLB |

## ORDER

Considering the **Notice Of Settlement (Doc. 14)**, which reflects that the parties have reached a compromise and settlement of all claims in this matter,

**IT IS ORDERED** that this action be and is hereby **DISMISSED**, without prejudice to the right, upon good cause shown and within 60 days, to reopen the action if the settlement is not perfected.

**IT IS FURTHER ORDERED** that upon perfection of settlement, the parties shall immediately file a joint stipulation of dismissal consistent with the requirements of Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS FURTHER ORDERED** that Defendant's **Motion To Withdraw Record Document 12 (Doc. 13)** be and is hereby **TERMINATED AS MOOT**.

Baton Rouge, Louisiana, this 18th day of September, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA