UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

3G REALTY LLC

VERSUS

SAFEPOINT INSURANCE
COMPANY

CIVIL ACTION

NO. 23-01376-BAJ-RLB

## JUDGMENT

Considering the **Joint Motion To Dismiss With Prejudice (Doc. 17)**, which the Court construes as a stipulation of dismissal that dismisses the above-captioned action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, with each party to bear their own costs.

Baton Rouge, Louisiana, this 16th day of October, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA